CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

**FILED**

Dec 04 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OSCAR PADILLA, <br><br> Defendant. | CASE NO. **CR 25-71450-MAG** <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 3, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐     Indictment

☐     Information

☐     Criminal Complaint

☒     Other (describe) <u>Form 12 Petition and Order for Warrant for Person Under Supervision</u> pending in the District of Utah, Case Number 2:21CR00343-001.

In that case (copy of the Petition and Warrant attached), the defendant is charged with Violations of the Conditions of Supervised Release.

Description of Charges: The Petition alleges that the person under supervision committed another federal, state, or local crime and owned, possessed, or had access to a firearm, ammunition, destructive device, or dangerous weapon, to wit: knife.

    Original Sentence: 42 Months Bureau of Prisons / 36 Months Supervised Release

                                            Respectfully Submitted,

                                            CRAIG H. MISSAKIAN
                                            UNITED STATES ATTORNEY

Date: December 3, 2025

                                            JEFFREY A. BACKHUS
                                            Assistant United States Attorney


# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Petition and Order for Warrant for Person Under Supervision

Name of Person: **Oscar Padilla**                    Docket Number: **2:21CR00343-001**

Name of Sentencing Judicial Officer:   **Honorable David Sam**
                                       **Senior U.S. District Judge**

Date of Original Sentence: **December 18, 2023**
Original Offense: **Carjacking**
Original Sentence: **42 Months Bureau of Prisons / 36 Months Supervised Release**

Type of Supervision: **Supervised Release**           Supervision Began: **July 29, 2024**

## PETITIONING THE COURT

☒   To issue a warrant to be placed as a detainer and toll the supervision term
    In custody: Santa Clare County Jail, California

## CAUSE

The probation officer believes this person has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about September 9, 2024, the person under supervision committed another federal, state, or local crime, to wit: Assault with a deadly weapon.

**Allegation No. 2:** On or about September 9, 2024, the person under supervision committed another federal, state, or local crime, to wit: Robbery.

**Allegation No. 3:** On or about September 9, 2024, the person under supervision committed another federal, state, or local crime, to wit: Battery with Serious Bodily Injury.

**Allegation No. 4:** On September 9, 2024, the person under supervision owned, possessed, or had access to a firearm, ammunition, destructive device, or dangerous weapon, to wit: knife.

Evidence in support of the above allegations: The defendant was arrested for assault with a deadly weapon under an alias name. Police report reflects the defendant physically assaulted a victim with spina bifida who stands approximately three feet tall. The defendant allegedly punched, kicked, and attempted to slash and stab the victim. Palo Alto California Police Report No. 24-03346.

I declare under penalty of perjury that the foregoing is true and correct.

_____
by Hugh Watt
Supervisory U.S. Probation Officer
September 25, 2024

PROB 12C  
D/UT 03/19

Oscar Padilla  
2:21CR00343-001

---

**THE COURT ORDERS:**

☑ The issuance of a warrant be placed as a detainer and tolling of the supervision term  
☐ The issuance of a summons  
☐ Expedited hearing set for: _____ at _____ before U.S. Magistrate Judge _____  
☐ No Action  
☐ Other

*David Sam*

Honorable David Sam  
Senior United States District Judge  
Date: 9/26/2024

# United States District Court

for the
District of Utah

UNITED STATES OF AMERICA

v.

**Padilla**

Case No: 2:21-cr-00343-DS-1

RECEIVED
By THewlett at 9:50 am, Sep 26, 2024

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)  OSCAR PADILLA AKA CARLOS JIMINEZ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violations of the Conditions of Supervised Release**

in violation of _____ United States Code.

Gary P. Serdar
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

*Jennifer Jensen* (signature)
Signature of Issuing Officer

September 26, 2024 at Salt Lake City, Utah
Date and Location

By: Jennifer Jensen
Generalist Clerk

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |