JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant PADILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br><br>OSCAR PADILLA,<br><br>       Defendant. | No. 25-mj-71450-MAG (SVK)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |

Oscar Padilla and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status hearing currently set for January 29, 2026, may be continued to February 12, 2026. The reason for the requested continuance is the parties have been informed that Mr. Padilla requires a writ from the Santa Clara County District Attorney to be transferred into Santa Clara County custody for sentencing. The parties are in communication with Santa Clara County District Attorney and Mr. Padilla's county defense counsel to facilitate his transfer. The additional time will facilitate his sentencing in Santa Clara County before he resolves his federal matter. No exclusion of time is necessary.

     IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER

Dated: January 28, 2026

JODI LINKER
Federal Public Defender
_____/s/_____
Sophia Whiting
Assistant Federal Public Defender


Dated: January 28, 2026

CRAIG H. MISSAKIAN
United States Attorney
_____/s/_____
Jeffrey A. Backhus
Assistant United States Attorney


**[PROPOSED] ORDER**

Upon agreement and stipulation of the defendant Oscar Padilla, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the status hearing may be continued to February 12, 2026.

IT IS SO ORDERED.


DATED: January 28, 2026        _____
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge


STIPULATION AND [PROPOSED] ORDER