JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant PADILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-mj-71450-MAG (VKD) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| v. | |
| OSCAR PADILLA, a.k.a. Cesar Pineda | |
| Defendant. | |

Oscar Padilla and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status hearing currently set for March 5, 2026, may be continued to March 18, 2026. The reason for the requested continuance is to have Mr. Padilla writ to Santa Clara County for sentencing and returned to federal custody to resolve his Rule 5 transfer proceedings. His sentencing in Santa Clara County is scheduled for March 12, 2026, and defense counsel was unable to advance the hearing. The parties continue to be in communication with Santa Clara County District Attorney and Mr. Padilla's county defense counsel to facilitate his transfer for sentencing. The additional time will facilitate his sentencing in Santa Clara County before he resolves his federal matter. No exclusion of time is necessary.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER

Dated: March 3, 2026

JODI LINKER
Federal Public Defender

_____/s/_____

Sophia Whiting
Assistant Federal Public Defender


Dated: March 3, 2026

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____

Jeffrey A. Backhus
Assistant United States Attorney


## [PROPOSED] ORDER

Upon agreement and stipulation of the defendant Oscar Padilla, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the status hearing may be continued to March 18, 2026.

IT IS SO ORDERED.


DATED:  March 4, 2026

*Virginia K. DeMarchi*

HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge


STIPULATION AND [PROPOSED] ORDER