IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR PADILLA, AKA CESAR PINEDA<br><br>Defendant. | **Case No.:** 25-MJ-71450-MAG<br><br>[~~PROPOSED~~] TRANSFER ORDER |

Mr. Oscar Padilla, a.k.a. Cesar Pineda, is in federal custody in Rule 5 proceedings regarding supervised release violation, but he is pending sentencing on a separate case in Santa Clara County. For purposes of attending to his Santa Clara County Court sentencing hearing, Mr. Padilla is ordered transferred from the custody of the U.S. Marshal Service into Santa Clara County custody for sentencing in the case of People of the States of California vs. Cesar Pineda, Case No. B2402503. Sentencing is scheduled for March 12, 2026, at 9:00 a.m., in department 84, Palo Alto Courthouse, Santa Clara County Superior Court of California, located at 270 Grant Avenue, Palo Alto, CA 94306

Mr. Padilla shall be returned to federal custody upon the completion of the prosecution of his Santa Clara County matter, in no event no later than March 17, 2026. The U.S. Marshal shall lodge a detainer so that once his matter in Santa Clara County custody is resolved, Mr. Padilla is brought back into federal custody to appear on the above-captioned case.

IT IS SO ORDERED.

_____March 6, 2026_____

_Virginia K. DeMarchi_____
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

[PROPOSED] ORDER