JODI LINKER
Federal Public Defender
SOPHIA WHITING
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Email: Sophia_whiting@fd.org

Counsel for Defendant PADILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>OSCAR PADILLA, a.k.a. Cesar Pineda<br><br>Defendant. | No. 25-mj-71450-MAG (VKD)<br><br>STATUS REPORT REGARDING TRANSFER AND UNOPPOSED [~~PROPOSED~~] TRANSFER ORDER |

Oscar Padilla, a.k.a Cesar Pineda, is in federal custody for Rule 32.1 proceedings regarding supervised release violation allegations filed in the District of Utah. At the last appearance before this Court, Mr. Padilla explained through counsel that he was recently approved to start a course of medical treatment at Elmwood Jail. Mr. Padilla requested to remain at Elmwood Jail before his transfer to the District of Utah in order to complete the treatment, since he has not been able to receive treatment in the past 17 years and it can be lifesaving. The Court granted Mr. Padilla's request for additional time to facilitate medical treatment and ordered a status report regarding the timing and transferability of the treatment with a proposed date for transfer to be filed by March 26, 2026. Dkt. No. 17.

Since the last appearance, defense counsel has contacted the U.S. Marshal Service and Elmwood Jail medical services to verify and receive additional information about Mr. Padilla's treatment and transfer. The Detention Management Investigator Deputy U.S. Marshal confirmed that transport from Elmwood Jail to the District of Utah is likely to interrupt treatment started at

STATUS REPORT AND [~~PROPOSED~~] ORDER

Elmwood. He also informed he would not inquire with Elmwood Jail for the court-ordered additional information regarding verification of Mr. Padilla's approval for treatment and timing of treatment. He informed he did not want to bother the jail with this request and stated we could take Mr. Padilla's word for it.

Fortunately, defense counsel was ultimately able to receive a copy of Mr. Padilla's jail medical records and make contact directly with the charge nurse at Elmwood Jail. The nurse practitioner provided an update today, March 26, 2026. She advised that the treatment duration is 12 weeks and confirmed that a transfer date of July 1, 2026, would allow Mr. Padilla to complete the treatment.

Undersigned counsel also conferred with Assistant Federal Public Defender Tessa Hansen in the District of Utah, who has previously represented Mr. Padilla and will be representing him for purposes of the supervised release violation. AFPD Hansen agrees that Mr. Padilla should remain at Elmwood Jail while completing his course of treatment. The time he is in custody will be credited towards his supervised release violation resolution.

Mr. Padilla therefore requests the Court order a transfer date of July 1, 2026, to the District of Utah, or as soon thereafter as the U.S. Marshal Service is able to transport him. At the last appearance, Mr. Padilla waived his rights in this District, but counsel submitted the incorrect waiver form. Undersigned counsel will file the correct Waiver of 32.1 Hearing Form within the next week as documentation of Mr. Padilla's waivers.

Undersigned counsel has conferred with government counsel. The government has no objection to a transfer date of July 1, 2026, or as soon thereafter as the U.S. Marshal Service is able to transport Mr. Padilla to the District of Utah.

Respectfully Submitted,

Dated: March 26, 2026

JODI LINKER
Federal Public Defender
_____/s/_____
Sophia Whiting
Assistant Federal Public Defender

STATUS REPORT AND [PROPOSED] ORDER

**[~~PROPOSED~~] ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Oscar Padilla, a.k.a. Cesar Pineda, shall be transferred to the District of Utah no sooner than July 1, 2026, or as soon thereafter as the U.S. Marshal Service is able to transport him.

IT IS SO ORDERED.

DATED:   March 27, 2026

*Virginia K. DeMarchi*

HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

STATUS REPORT AND [~~PROPOSED~~] ORDER